No. 02–1222. YEOMANS *v.* SCHWARTZ ET AL.; and

No. 02–1229. SIMON ET AL. *v.* SCHWARTZ ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 50 Fed. Appx. 832.

No. 02–1231. PETER LETTERESE & ASSOCIATES, INC. *v.* DASHMAN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 02–1232. AINSWORTH ET AL. *v.* STANLEY, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 02–1234. RUIZ *v.* MCDONNELL, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF HUMAN SERVICES, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–1236. PRISMA ZONA EXPLORATORIA DE PUERTO RICO, INC. *v.* CALDERON ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–1237. PRYOR, ATTORNEY GENERAL OF ALABAMA, ET AL. *v.* BRADLEY. C. A. 11th Cir. Certiorari denied.

No. 02–1241. RUSS, COMMISSIONER OF THE KENTUCKY DEPARTMENT FOR FACILITIES MANAGEMENT *v.* ADLAND ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–1244. WATNIK *v.* KNIESLEY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–1246. FERNANDES *v.* K AND J CONSTRUCTION. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–1250. HEALTHGRADES.COM, INC. *v.* NORTHWEST HEALTHCARE ALLIANCE, INC., DBA ASSURED HOME HEALTH & HOSPICE. C. A. 9th Cir. Certiorari denied.

No. 02–1252. HALL *v.* CITY OF CHICAGO, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 02–1254. ADVANCED COMMUNICATION DESIGN, INC. *v.* PREMIER RETAIL NETWORKS, INC. C. A. Fed. Cir. Certiorari denied.